# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

June 22, 2015

Clerk
Court of Appeals of Texas, First District
301 Fannin Street
Houston, TX 77002-2066

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JUN 25 2015

CHRISTOPHER A. PRINE
CLERK

Re: Kaylen DeWayne Simmons
v. Texas
No. 14-9435
(Your No. 01-13-00930-CR)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk